IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTONIO VARGAS HURTADO,

      Appellant,

v.

      Case No.  5D21-2605
      LT Case No. 2018-0-CF-01342

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Paula C. Coffman, of Law Office of
Paula Coffman, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EISNAUGLE and MACIVER, JJ., concur.